RECEIVED
IN ALEXANDRIA, LA.

MAY 1 5 2014

TONY R. MOORE, CLERK
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JASON B. BRYDELS,<br>　　Petitioner | CIVIL ACTION<br>SECTION "P"<br>NO. 1:13-CV-00094 |
| VERSUS | |
| WARDEN, LOUISIANA STATE<br>PENITENTIARY,<br>　　Respondent | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Brydels' habeas petition is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 15th day of May 2014.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JAMES T. TRIMBLE, JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE