**RECEIVED**
IN ALEXANDRIA, LA.

JUN 1 6 2014

TONY R. MOORE, CLERK
BY_____
    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| JASON B. BRYDELS<br>Petitioner | : | DOCKET NO.13-0094<br>Section "P" |
| VS. | : | JUDGE TRIMBLE |
| WARDEN, LOUISIANA STATE<br>PENITENTIARY | : | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Brydels' habeas petition is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at _Alexandria_, Louisiana on this _16th_ day of _June_, 2014.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE